IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH I. CAUFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:09-CV-110-RSM-BAT<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will consider Dr. Moore's assessments of functional limitations and diagnosis of adjustment disorder with depression (Tr. 198-203, 204-208); the ALJ will further evaluate the credibility of Plaintiff's subjective complaints; the ALJ will evaluate Ms. Ferris' testimony (Tr. 301-305); and the ALJ will further consider Plaintiff's educational accomplishments, with supplemental evidence from a vocational expert, and lay witness evidence as relevant to the period at issue.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 25th day of June, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/S/BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ DAPHNE BANAY
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2113
FAX: (206) 615-2531
Daphne.Banay@ssa.gov